**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8084**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

DARIUS JAVON JONES, a/k/a Nudie,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:02-cr-00225-JBF-7)

Submitted:  December 16, 2008       Decided:  December 29, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darius Javon Jones, Appellant Pro Se.  Darryl James Mitchell,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darius Javon Jones appeals the district court's order denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jones, No. 2:02-cr-00225-JBF-7 (E.D. Va. Aug. 28, 2008). Jones' Motion to Request Copies of Record and Transcript is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED